■ In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property for the Washington Square Slum Clearance, Borough of Manhattan. UNITED STATES OF AMERICA, Appellant; BERNARD W. COBLENTZ et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Botein and Rabin, JJ. [See *post*, p. 947.]

■ In the Matter of INDUSTRIAL COMMISSIONER OF THE STATE OF NEW YORK, Respondent, against NATIONAL PLASTIKWEAR FASHIONS, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ. [See *post*, p. 946.]

■ In the Matter of EDITH B. LENAHAN et al., Respondents. MAIL AND EXPRESS PRINTING COMPANY, INC., Appellant.— Appeal dismissed. Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ.

■ JACOB BERKE, Respondent, v. DAN PRINTZ et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ.

■ In the Matter of ABNER GREEN, Individually, as Treasurer of the American Committee for the Protection of Foreign Born, and on Behalf of Himself and All Others Similarly Situated, Appellant, against LOUIS J. LEFKOWITZ, as Attorney-General of the State of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ. [7 Misc 2d 312.] [See *post*, p. 947.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABNER GREEN, as Treasurer of the American Committee for the Protection of the Foreign Born, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ.

■ In the Matter of THURMAN B. GIVAN, Respondent, against SURGITUBE PRODUCTS CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ.

■ JEAN SILVERSTEIN, Respondent, v. NATIONAL AUTO RENTING CORP. et al., Defendants. DAVID A. GOLDNER, Appellant.— The disbursements of the substituted attorney at best could only be an advance on behalf of the client. When the relationship of attorney and client was terminated, the substituted attorney was entitled to be reimbursed for the disbursements properly chargeable against the client. The order appealed from is modified so as to remit the matter to Special Term for determination of the amount of disbursements to be paid before the papers are released. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ.

■ ROSE SCHRAGER et al., Appellants, v. FIFTH AVENUE COACH LINES, INC., Respondent, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, with leave to plaintiffs to move to examine Kurtz, as a witness, on specified items. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ. [See *post*, p. 946.]